UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA CHOQUE, et al.,

                Plaintiffs,

-v-

367 BAKE CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 8315 (LJL) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court held a Telephone Conference this afternoon concerning the status of the parties' settlement negotiations and their availability for a Settlement Conference. (See ECF No. 49). The parties are not yet both in a position to participate in a Settlement Conference. Accordingly, the parties should continue with discovery in accordance with the Case Management Plan and Scheduling Order (ECF No. 46) and with a view toward evaluating their settlement positions.

    A Telephone Conference is scheduled for **Friday, February 26, 2021 at 11:00 am** on the Court's conference line to discuss scheduling a Settlement Conference pursuant to the referral at ECF No. 48. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties are welcome to jointly file a Status Report for the Court at an earlier date if they are prepared to schedule a Settlement Conference.

Dated:        New York, New York
                 January 4, 2021

2

SO ORDERED

_____
**SARAH L. CAVE
United States Magistrate Judge**