| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| JESSICA CHOQUE, JASSEL ANTONIO ROMERO PEREZ, LUIS MIGUEL CRUZ MEDINA, MIGUEL ANGEL LEMA, ROSA CANDO, ABINADI CARRETERO, BERNARDO VASQUEZ, JUAN GONZALEZ REYES, MANUEL GONZALEZ, PEDRO SAY and JOSE MANUEL RAMIREZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,<br>　　　　　　　Plaintiffs,<br>　　-against-<br>367 BAKE CORP., 64 BAKE CORP., 126 BAKE CORP., 128 BAKE CORP., 307 BAKE CORP., 958 BAKE CORP., 2062 BAKE CORP., and KAMAL KHADR,<br>　　　　　　　Defendants. | Case No.: 1:20-cv-08315<br><br>[PROPOSED]<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 367 BAKE CORP., 64 BAKE CORP., 126 BAKE CORP., 128 BAKE CORP., 307 BAKE CORP., 958 BAKE CORP., 2062 BAKE CORP., and KAMAL KHADR (collectively, "Defendants"), having offered to allow Plaintiffs to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 19, 2021 and filed as Exhibit A to Exhibit L to Docket No. 56;

**WHEREAS**, on April 29, 2021, Plaintiffs' counsel having confirmed the acceptance of Plaintiffs JESSICA CHOQUE, JASSEL ANTONIO ROMERO PEREZ, LUIS MIGUEL CRUZ MEDINA, MIGUEL ANGEL LEMA, ROSA CANDO, BERNARDO VASQUEZ, JUAN GONZALEZ REYES, MANUEL GONZALEZ, PEDRO SAY and JOSE MANUEL RAMIREZ

and Plaintiffs' counsel, Lee Litigation Group, PLLC with Defendants' Offer of Judgment (Docket No. 56);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiffs; accordingly, judgment is entered in favor of Plaintiffs as follows: JESSICA CHOQUE in the amount of $5,000.00, JASSEL ANTONIO ROMERO PEREZ in the amount of $5,000.00, LUIS MIGUEL CRUZ MEDINA in the amount of $4,500.00, MIGUEL ANGEL LEMA in the amount of $5,000.00, ROSA CANDO in the amount of $5,000.00, BERNARDO VASQUEZ in the amount of $5,000.00, JUAN GONZALEZ REYES in the amount of $5,000.00, MANUEL GONZALEZ in the amount of $5,000.00, PEDRO SAY in the amount of $8,000.00, JOSE MANUEL RAMIREZ in the amount of $5,000.00, and attorney fees, costs and expenses in the amount of $22,500, for a total sum of Seventy-Five Thousand Dollars and No Cents ($75,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated April 19, 2021 and filed as Exhibit A to Exhibit K to Docket No. 56.

Dated: New York, New York

      May 4     , 2021

                                                             U.S.D.J.
LEWIS J. LIMAN
United States District Judge

A telephone status conference is scheduled for May 11, 2021 at 10:00 a.m. to discuss how the case should proceed in light of Plaintiff Abinadi Carretero's rejection of Defendants' Rule 68 offer. *See* Dkt. No. 56. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and to follow the necessary prompts.