**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JESSICA CHOQUE, JASSEL ANTONIO ROMERO PEREZ, LUIS MIGUEL CRUZ MEDINA, MIGUEL ANGEL LEMA, ROSA CANDO, ABINADI CARRETERO, BERNARDO VASQUEZ, JUAN GONZALEZ REYES, MANUEL GONZALEZ, PEDRO SAY and JOSE MANUEL RAMIREZ, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, | |
| Plaintiffs, | Case No.: 1:20-cv-08315 |
| -against- | **[PROPOSED]**<br>**RULE 68 JUDGMENT** |
| 367 BAKE CORP., 64 BAKE CORP., 126 BAKE CORP., 128 BAKE CORP., 307 BAKE CORP., 958 BAKE CORP., 2062 BAKE CORP., and KAMAL KHADR, | |
| Defendants. | |

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 367 BAKE CORP., 64 BAKE CORP., 126 BAKE CORP., 128 BAKE CORP., 307 BAKE CORP., 958 BAKE CORP., 2062 BAKE CORP., and KAMAL KHADR (collectively, "Defendants"), having offered to allow Plaintiff ABINADI CARRETERO ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 1, 2021 and filed as Exhibit A to Docket No. 61;

      **WHEREAS**, on June 2, 2021, Plaintiff's counsel having confirmed Plaintiff ABINADI CARRETERO's acceptance of Defendants' Offer of Judgment (Docket No. 61);

      It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff ABINADI CARRETERO, in the amount of Three Thousand Five Hundred Dollars and No Cents

($3,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated June 1, 2021 and filed as Exhibit A to Docket No. 61.

Dated: New York, New York

    _____, 2021

    _____, U.S.D.J.